Henery Dean KOCH, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 42152.

Missouri Court of Appeals,
Western District.

Jan. 2, 1990.

Larry C. Pace, Kansas City, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and SHANGLER and CLARK, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 29.15 motion for post-conviction relief without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).